UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JT TALBERT, III and<br>RODNEY ALEXANDER PICKNEY, | :<br>: | CASE NO. 26-59093-PWB |
| | : | |
| Debtors. | : | |

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Chapter 7 Trustee's Report of No Distribution filed electronically on September 1, 2026.

This 7th day of October 2026.

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060